UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| G. DANIEL WALKER, | ) | 1:01-cv-05776-OWW-SMS-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMMENDATION** (Doc. 41) |
| v. | ) | |
| | ) | **ORDER DENYING PETITION FOR** |
| CAREY, WARDEN, | ) | **WRIT OF HABEAS CORPUS** |
| | ) | |
| Respondent. | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **ENTER JUDGMENT** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On April 14, 2005, the Magistrate Judge filed a Report and Recommendation that the Petition for Writ of Habeas Corpus be DENIED, and that judgment be entered in favor of Respondent.  This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  To date, the parties have not filed timely objections to the Report and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that

the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation, filed April 14, 2005, is ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DENIED; and,

3. The Clerk of Court ENTER judgment in favor of Respondent.

IT IS SO ORDERED.

**Dated:   June 15, 2005**          /s/ Oliver W. Wanger
emm0d6                              UNITED STATES DISTRICT JUDGE